718

COMMISSIONER OF INTERNAL REVENUE v. FARMERS UNION COOPERATIVE EXCHANGE.

No. 2307.

Circuit Court of Appeals, Tenth Circuit.

Sept. 16, 1941.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Daniel C. Rogers, of Fayette, Mo., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. P–H GROUP, Consisting of Hamilton P. Agee, et al., Respondents.

No. 9913.

Circuit Court of Appeals, Ninth Circuit.

Sept. 15, 1941.

J. P. Wenchel, General Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Urban E. Wild, of Honolulu, T. H., for respondents.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of petitioner, consented to by respondents, for dismissal of the petition to review herein, and good cause therefor appearing, it is ordered that said motion be, and hereby is, granted, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

Jacob C. DELLINGER et al., as Executors of Last Will and Testament of Suda J. Lamberth, Deceased, v. COMMISSIONER OF INTERNAL REVENUE.

No. 9709.

Circuit Court of Appeals, Ninth Circuit.

Sept. 22, 1941.

Joseph D. Brady, of Los Angeles, Cal., for petitioners.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for respondent.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties that this cause abide final decision in companion cause, Allen H. Lamberth v. Com'r of Internal Revenue, 9 Cir., 120 F.2d 101, decided May 22, 1941, and good cause therefor appearing; it is ordered that a judgment be filed and entered herein in the same words and figures as was entered in said companion cause, and that the mandate of this court in this cause issue forthwith.